EVA MADDOX v. THE STATE.

No. 15256.   Delivered May 18, 1932.
Reported in 49 S. W. (2d) 1117.

The opinion states the case.

*Vess Jones,* of Dallas, and *Arthur Haddaway, Simpson, Brewster &*
*Rogers, Houtchens & Houtchens,* and *J. Harold Craik,* all of Fort Worth,
for appellant.

*Cecil Rotsch* and *Stanley Bransford,* Asst. Crim. Dist. Attorneys,
*William H. Gilmartin,* Asst. City Attorney, and *Richard U. Simon,*
Special Prosecutor, all of Fort Worth, and *Lloyd W. Davidson,* State's
Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for maintaining a spite fence;
punishment, a fine of $10.

The complaint upon which this prosecution began was filed in the
corporation court of the city of Fort Worth.   Upon conviction the case
was appealed to the county court at law, where appellant was again con-
victed and fined the sum of $10.   She has attempted to appeal from said
judgment to this court.   Her right to such appeal is precluded by the
terms of article 53, C. C. P., 1925, which expressly deprives this court
of appellate jurisdiction over any case which has been appealed from an
inferior court to the county court of any county in this state, in which
the fine imposed in the county court is less than $100.

The appeal is dismissed.

*Dismissed.*